**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SANYE COWAN,

Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC., NANCY SWEENEY, individually, and LINDA RAY, individually,

Defendants.

ORDER

18-cv-486 (GBD)

**GEORGE B. DANIELS, United States District Judge:**

This Court has been advised that the Arbitrator dismissed Plaintiff's claims with prejudice on September 19, 2019, because of Plaintiff's failure to prosecute her claims against Defendants. This action is therefore dismissed with prejudice. The Clerk of Court is hereby ORDERED to close the above-captioned case.

**SO ORDERED.**

Dated: SEP 2 3 2026
New York, New York

George B. Daniels

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE